IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO.: 4:12-CR-8-3-BO (3)

| United States of America | ) | |
|---|---|---|
| | ) | |
| | ) | REASSIGNMENT ORDER |
| vs. | ) | |
| | ) | |
| REDACTED | ) | |
| | ) | |
| | ) | |
| Martin Rojas | ) | |
| | ) | |
| | ) | |
| REDACTED | ) | |

At the direction of the Court and for the continued efficient administration of justice, the above captioned case is hereby reassigned to the Honorable James C. Dever III, Chief U.S. District Judge to conduct all proceedings in this matter. All future pleadings should reflect the revised case number **4:12-CR-8-3-D(3).**

SO ORDERED, this the 3rd day of February, 2012.

                                        /s/ Dennis P. Iavarone
                                           Clerk of Court